**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jeffrey Kelly |
| Debtor 2 (Spouse, if filing) | Mecy Kelly |
| United States Bankruptcy Court for the: | Southern District of Mississippi |
| Case number | 21-50356-KMS |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Savings Bank

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 1 6 3 1

**Date of payment change:**
Must be at least 21 days after date of this notice    08/01/2025

**New total payment:** $ 1,001.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 281.71     New escrow payment: $ 231.38

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | Jeffrey Kelly | Case number (if known) 21-50356-KMS |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _[signature]_                                                                              Date  07/02/2025
Signature

Print:  Amy R. Wells                                                              Title  Assistant Vice President
         First Name    Middle Name    Last Name

Company  Citizens Savings Bank

Address  1725 Sullivan Drive
         Number    Street
         Bogalusa                         LA    70427
         City                             State ZIP Code

Contact phone  985-735-6555                          Email  awells@citizenssb.co

Official Form 410S1              Notice of Mortgage Payment Change              page 2

ESCROW ANALYSIS STATEMENT

LN1310P1R

```
CITIZENS SAVINGS BANK                    Page                       1
1725 SULLIVAN DRIVE                      Statement Date    06/23/2025
BOGALUSA, LA 70427                       Branch Number            001
985-735-6555                             Loan Number


    JEFFERY L KELLY                      PROPERTY ADDRESS
    MECY B KELLY                         6 Moran Rd
    6 MORAN RD                           Sandy Hook MS 39478
    SANDY HOOK MS 39478-9417
```

ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from 06/25/2024 through 08/01/2025. Compare it to your last Escrow Analysis Statement - Projections for Coming Year, a copy of which is enclosed.

Your loan payment for the past year was 1,034.11 of which 752.40 was for principal and interest and 281.71 was deposited into your Escrow Account.

```
Transaction              Date         Paid Into       Paid Out Of        Escrow
Description              Posted         Escrow           Escrow          Balance

Beginning Balance                                                         448.98-
Escrow Payment         06/25/2024      166.34 *                           282.64-
Escrow Payment         07/31/2024      166.34 *                           116.30-
Escrow Payment         08/26/2024      281.71 *                           165.41
Escrow Payment         09/26/2024      281.71 *                           447.12
Escrow Payment         10/25/2024      281.71 *                           728.83
Escrow Payment         11/25/2024      281.71 *                         1,010.54
Walthall County Tax    12/09/2024                       628.67 *           381.87
Escrow Payment         12/23/2024      281.71 *                            663.58
Escrow Payment         01/31/2025      281.71 *                            945.29
Escrow Payment         02/28/2025      281.71 *                          1,227.00
Escrow Payment         03/25/2025      281.71 *                          1,508.71
Escrow Payment         04/28/2025      281.71 *                          1,790.42
Foremost Insurance     05/06/2025                     2,148.00 *           357.58-
Escrow Payment         05/22/2025      281.71 *                             75.87-
Billed payment         06/01/2025      281.71 E                            205.84
Billed payment         07/01/2025      281.71 E                            487.55

TOTAL Paid Into Escrow               3,149.78
TOTAL Paid Out Of Escrow                                2,776.67
```

An asterisk (*) indicates a difference from a previous projection either in the date or the amount of the transaction. An E indicates an estimated transaction not yet applied. Estimated transactions from the last statement may appear again on this statement as actual transactions.

```
                          ESCROW ANALYSIS STATEMENT                                    LN1310P1R

CITIZENS SAVINGS BANK                          Page                          2
                                               Statement Date      06/23/2025
                                               Branch Number              001
        JEFFERY L KELLY                        Loan Number
```

Last year we anticipated that payments would be made from your account equaling 2,611.42. Under federal law, your lowest monthly balance should not have exceeded 435.24, or 1/6 of the anticipated payments from your account. For your account, the low balance should not have exceeded 435.22. Your low balance may have been established at a lower amount than allowed under federal law due to state law, your loan contract, or at our discretion.

                          PROJECTIONS FOR COMING YEAR

Your first loan payment for the coming year will be 1,001.00 of which 752.40 will be for principal and interest and 248.60 will be deposited into your escrow account. The terms of your loan may result in changes to the principal and interest payments during the year. The effective date for this payment amount is 08/01/2025.

Your reserve amount is 462.76.

Below is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| Transaction Description | Date Posted | Paid Into Escrow | Paid Out Of Escrow | Escrow Balance |
|---|---|---|---|---|
| Beginning Balance |  |  |  | 694.25 |
| Payment | 08/2025 | 231.38 |  | 925.63 |
| Payment | 09/2025 | 231.38 |  | 1,157.01 |
| Payment | 10/2025 | 231.38 |  | 1,388.39 |
| Payment | 11/2025 | 231.38 |  | 1,619.77 |
| Payment | 12/2025 | 231.38 |  | 1,851.15 |
| Walthall County Tax | 12/2025 |  | 628.67 | 1,222.48 |
| Payment | 01/2026 | 231.38 |  | 1,453.86 |
| Payment | 02/2026 | 231.38 |  | 1,685.24 |
| Payment | 03/2026 | 231.38 |  | 1,916.62 |
| Payment | 04/2026 | 231.38 |  | 2,148.00 |
| Payment | 05/2026 | 231.38 |  | 2,379.38 |
| Payment | 06/2026 | 231.38 |  | 2,610.76 |
| Foremost Insurance | 06/2026 |  | 2,148.00 | 462.76 |
| Payment | 07/2026 | 231.38 |  | 694.14 |

Your ending balance from the last month of the account history is 487.55. Your beginning balance according to this analysis should be 694.25.

You have a shortage in your account of 206.70. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's escrow payment, in which case we have the additional option of requesting payment within 30 days. This shortage will be spread over the next 12 payments so your base escrow payment amount of 231.38 will be increased by 17.22 to collect the shortage.

Please keep this statement for comparison with the actual activity in your account at the end of the next escrow accounting year.

ESCROW ANALYSIS STATEMENT                                                        LN1310P1R

CITIZENS SAVINGS BANK                          Page                          3
                                               Statement Date       06/23/2025
                                               Branch Number               001
    JEFFERY L KELLY                            Loan Number

              PROJECTIONS FROM LAST ANALYSIS DATED 06/24/2024

| Transaction Description | Date Posted | Paid Into Escrow | Paid Out Of Escrow | Escrow Balance |
|---|---|---|---|---|
| Beginning Balance |  |  |  | 652.93 |
| Payment | 08/2024 | 217.61 |  | 870.54 |
| Payment | 09/2024 | 217.61 |  | 1,088.15 |
| Payment | 10/2024 | 217.61 |  | 1,305.76 |
| Payment | 11/2024 | 217.61 |  | 1,523.37 |
| Payment | 12/2024 | 217.61 |  | 1,740.98 |
| Walthall County Tax | 12/2024 |  | 604.42 | 1,136.56 |
| Payment | 01/2025 | 217.61 |  | 1,354.17 |
| Payment | 02/2025 | 217.61 |  | 1,571.78 |
| Payment | 03/2025 | 217.61 |  | 1,789.39 |
| Payment | 04/2025 | 217.61 |  | 2,007.00 |
| Payment | 05/2025 | 217.61 |  | 2,224.61 |
| Payment | 06/2025 | 217.61 |  | 2,442.22 |
| Foremost Insurance | 06/2025 |  | 2,007.00 | 435.22 |
| Payment | 07/2025 | 217.61 |  | 652.83 |