UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JEFFERY L. KELLY and
MECY BENNETT KELLY,                                                   CASE NO. 21-50356-KMS

DEBTORS.                                                                             CHAPTER 13

## CERTIFICATE OF SERVICE

I, Olivia K. Greenberg, do hereby certify that on July 2, 2025, I electronically filed *Citizens Savings Bank's Notice of Mortgage Payment Change* (in connection with Proof of Claim #10) **[Dkt. #75]** with the Clerk of the Court using the ECF system, which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including counsel for the Debtors and the Chapter 13 Trustee, and by United States mail, postage prepaid, to each of the Debtors, at 6 Moran Road, Sandy Hook, MS 39478.

DATED: July 3, 2025.

>Respectfully submitted,
>
>CITIZENS SAVINGS BANK
>
>By Its Attorneys,
>JONES WALKER LLP
>
>*/s/ Olivia K. Greenberg*
>Olivia K. Greenberg (*Limited ECF User*)[1]
>Louisiana Bar No. #38853
>JONES WALKER LLP
>201 St. Charles Avenue, 51st Floor
>New Orleans, Louisiana 38853
>Telephone: (504) 582-8302
>ogreenberg@joneswalker.com

---

[1] Pursuant to the Administrative Procedures for Electronic Case Filings an attorney-agent not admitted to practice before the Court may become a Limited ECF User to file, among other things, Notices of Mortgage Payment Change.

#104059708v2