Certificate Number: 17082-MSS-DE-040976518

Bankruptcy Case Number: 21-50356



17082-MSS-DE-040976518

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 14, 2026, at 10:57 o'clock AM MST, MECY B KELLY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   May 14, 2026                                By:      /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director