United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 21-50356-KMS |
| Jeffery L Kelly | Chapter 13 |
| Mecy Bennett Kelly | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: May 13, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

**Recip ID                     Recipient Name and Address**
db/jdb                  + Jeffery L Kelly, Mecy Bennett Kelly, 6 Moran Rd., Sandy Hook, MS 39478-9417
                        + WASHINGTON PARISH SCHOOL BOARD, ATTEN: PAYROLL, P.O. BOX 587, Franklinton, LA 70438-0587

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Hammons | on behalf of Creditor Citizens Savings Bank chammons@joneswalker.com mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com |
| Charles F. F. Barbour | on behalf of Creditor Kubota Credit Corporation cbarbour@blswlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Mecy Bennett Kelly jennifer@therollinsfirm.com |

District/off: 0538-6                    User: mssbad                    Page 2 of 2
Date Rcvd: May 13, 2026                 Form ID: pdf012                 Total Noticed: 2

jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo

on behalf of Debtor Jeffery L Kelly jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Olivia Greenberg

on behalf of Creditor Citizens Savings Bank ogreenberg@joneswalker.com

Samuel J. Duncan

on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr

on behalf of Debtor Jeffery L Kelly trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Mecy Bennett Kelly trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11

_____

**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                           CHAPTER 13 PROCEEDING:
  JEFFERY L KELLY                                           21-50356 KMS
  MECY BENNETT KELLY
  6 Moran Rd.                                               SSN:  XXX-XX-5751
  Sandy Hook, MS  39478

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

     WASHINGTON PARISH SCHOOL BOARD
     ATTEN: PAYROLL
     P.O. BOX 587
     FRANKLINTON, LA  70438

was required to pay debtor's earnings or a portion thereof to:

     DAVID RAWLINGS, TRUSTEE
     LOCK P.O. BOX 871
     HATTIESBURG, MS  39403
     (601) 582-5011


IS  VACATED  AND  THE  ABOVE  NAMED  EMPLOYER  WILL  HENCEFORTH  ACCOUNT
DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

                              ##END OF ORDER##


SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net