**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Jeffery L Kelly                                    Case No. 21-50356-KMS
          **Mecy Bennett Kelly, Debtors**                         **Chapter 13**

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code.
If you oppose this motion, you must file a response with the court within twenty-one (21) days from
the date listed below in the certificate of service. Your response must set forth the specific factual
allegations with which you disagree, and a copy of your response must be served on the debtor(s)
and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without
holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are
   true and correct:

   A. For cases filed on or after March 10, 2008, we have completed a personal financial
      management instructional course provided through an agency approved by the United
      States Trustee and have filed the certificate of completion provided by the course
      provider (in a joint case, both husband and wife must each complete the course and file a
      certificate of completion) or the approved personal financial management course provider
      has notified the court that we have completed a post-petition instructional course
      concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support
      Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent
      provided by the plan. All post-petition amounts owed by me on a domestic support
      obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a
      prior case filed during the four-year period preceding the date that the petition was filed
      in this case. **11 U.S.C. §1328(f)(1)**

   D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior
      case filed during the two-year period before the date that the petition was filed in this
      case. **11 U.S.C. §1328(f)(2)**

   E. We have not been convicted of a felony, the circumstances of which would demonstrate
      that the filing of this bankruptcy case constituted an abuse of the provisions of the
      Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws,
      regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in
      connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of
      Title 18 of the United States Code, or (iv) that caused serious injury or death to another
      individual in the preceding five (5) years, in the preceding five (5) years, then we have
      not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  We have made all payments required by my confirmed Chapter 13 plan.

2.  Debtors hereby move the court for the entry of a discharge order in this case.


Signed:  **/s/ Jeffery L Kelly**                                                   **05/19/2026**
Jeffery L Kelly                                                                              Date

**/s/ Mecy Bennett Kelly**                                                      **05/19/2026**
Mecy Bennett Kelly                                                                    Date

**/s/ Thomas C. Rollins, Jr.**                                                 **05/20/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                         Date
Attorney for the Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3.  Mailing address for filing responses:

Jackson Office:                                              Gulfport Divisional Office:
Danny L. Miller, Clerk                                    Danny L. Miller, Clerk
United States Bankruptcy Court                    United States Bankruptcy Court
Thad Cochran US Courthouse                        Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                               2012 15th St, Suite 244
Jackson, MS 39201                                         Gulfport, MS 39501


**CERTIFICATE OF SERVICE**

On May 20, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JEFFERY L KELLY
MECY BENNETT KELLY

CASE NO: 21-50356-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/20/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/20/2026


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JEFFERY L KELLY
MECY BENNETT KELLY

CASE NO: 21-50356-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/20/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/20/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-50356-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED MAY 20 7-52-20 PST 2026

CITIZENS SAVINGS BANK
CO CHAD J HAMMONS  ESQ
JONES WALKER LLP
P O BOX 427
JACKSON  MS 39205-0427

ECMC
PO BOX 16408
ST PAUL  MN 55116-0408

EXCLUDE

(U)KUBOTA CREDIT CORPORATION

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AESPHEAA
1112 7TH AVE
MONROE  WI 53566-1364

ALLY CAPITAL
PO BOX 130424
ROSEVILLE  MN  55113-0004

ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON  MN 55438-0901

ASCENDIUM EDUCATION SOLUTIONS  INC
PO BOX 8961
MADISON WI 53708-8961

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD STE 3000
SOUTHFIELD  MI 48034-8331

CAPITAL ONE
PO BOX 30281
SALT LAKE CITY  UT 84130-0281

CAPITAL ONE BANK (USA)  NA
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CERTIFIED BUREAU INC
4621 W NAPOLEON
METAIRIE  LA 70001-2482

CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

CITIZENS SAVINGS BANK
JONES WALKER ATTN CHAD HAMMONS  ESQ
190 E CAPITOL STREET  STE 800
JACKSON  MS 39201-2155

CITZ SVG BK
201 CUMBERLAND
BOGALUSA  LA 70427-3103

COMENITY BANK
PO BOX 182789
COLUMBUS  OH 43218-2789

COMENITY BANKGOODYS
PO BOX 182789
COLUMBUS  OH 43218-2789

COMENITY BANKSTAGE
PO BOX 182789
COLUMBUS  OH 43218-2789

CONNEXUS CU
2600 PINE RIDGE BLVD
WAUSAU  WI 54401-7800

EXCLUDE

CREDIT ACCEPTANCE
PO BOX 5070
SOUTHFIELD  MI 48086-5070

(D)ECMC
PO BOX 16408
ST PAUL  MN 55116-0408

FIRST HERITAGE CREDIT
207 EAGLE DAY AVE
COLUMBIA  MS 39429-3609

FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC
DBA 1ST HERITAGE CREDIT
FIRST HERITAGE CREDIT
PO BOX 1264
COLUMBIA  MS 39429-1264

FIRST TOWER LOAN  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

GULFCO OF LOUISIANA  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

JENNIFER ANN CURRY CALVILLO
ATTORNEY FOR DEBTORS
THE ROLLINS LAW FIRM  PLLC
702 WEST PINE ST
HATTIESBURG  MS 39401-3836

KUBOTA CREDIT CORP
PO BOX 2046
GRAPEVINE  TX 76099-2046

KUBOTA CREDIT CORPORATION
PO BOX 9013
ADDISON  TEXAS 75001-9013

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MAGEE FINANCIAL LLC OF BOGALUSA
414 COLUMBIA STREET
BOGALUSA  LA 70427-4533

NTBCBSD
PO BOX 6497
SIOUX FALLS  SD 57117-6497

NATIONAL TIRE  BATTER
PO BOX 6497
SIOUX FALLS  SD 57117-6497

QUANTUM3 GROUP LLC AS AGENT FOR
AQUA FINANCE
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND  WA  98083-0788

REGIONAL LAW GROUP
832 EAST BOSTON ST
UNIT 2
COVINGTON  LA 70433-2940

RIVERSIDE MEDICAL CENT
1900 S MAIN ST
FRANKLINTON  LA 70438-3688

SEVENTH AVENUE
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

ST TAMMANY HOSPITAL
PO BOX 3475
TOLEDO  OH 43607-0475

ST TAMMANY PARI
2705 ATHANIA PKWY
METAIRIE  LA 70002-5903

SYNCHRONY BANKLOWES
PO BOX 956005
ORLANDO  FL 32896-0001

TCF EQUIPMENT FINANCE
11100 WAYZATA BLVD
STE 801
MINNETONKA  MN 55305-5503

TELERECOVERY
3800 FLORIDA BV
KENNER  LA 70065-3034

THE HUNTINGTON NATIONAL BANK
11100 WAYZATA BOULEVARD  SUITE 801
MINNETONKA  MN 55305-5503

EXCLUDE

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TRANSFINANCIAL COMPANI
722 PICARDY AVE
BATON ROUGE  LA 70809

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

EXCLUDE

WHY NOT LEASE IT
1750 ELM ST
SUITE 200
MANCHESTER  NH 03104-2903

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

JEFFERY L KELLY
6 MORAN RD
SANDY HOOK  MS 39478-9417

EXCLUDE

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

MECY BENNETT KELLY
6 MORAN RD
SANDY HOOK  MS 39478-9417

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767