United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 21-50356-KMS |
| Jeffery L Kelly | Chapter 13 |
| Mecy Bennett Kelly | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 4 |
| Date Rcvd: Jun 16, 2026 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffery L Kelly, Mecy Bennett Kelly, 6 Moran Rd., Sandy Hook, MS 39478-9417 |
| cr | | Citizens Savings Bank, c/o Chad J. Hammons, Esq., Jones Walker LLP, P. O. Box 427, Jackson, MS 39205-0427 |
| 4987131 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4999056 | + | Citizens Savings Bank, Jones Walker Attn: Chad Hammons, Esq., 190 E Capitol Street, Ste 800, Jackson, MS 39201-2155 |
| 4987135 | + | Citz Svg Bk, 201 Cumberland, Bogalusa, LA 70427-3103 |
| 4987513 | + | Jennifer Ann Curry Calvillo, Attorney for Debtors, The Rollins Law Firm, PLLC, 702 West Pine St., Hattiesburg, MS 39401-3836 |
| 4987146 | + | Regional Law Group, 832 East Boston St, Unit 2, Covington, LA 70433-2940 |
| 4987147 | | Riverside Medical Cent, 1900 S Main St, Franklinton, LA 70438-3688 |
| 4987148 | | St Tammany Hospital, P.O. Box 3475, Toledo, OH 43607-0475 |
| 4987149 | + | St Tammany Pari, 2705 Athania Pkwy, Metairie, LA 70002-5903 |
| 4987154 | | Transfinancial Compani, 722 Picardy Ave, Baton Rouge, LA 70809 |
| 4987155 | + | Why Not Lease It, 1750 Elm St, Suite 200, Manchester, NH 03104-2903 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4992293 | | EDI: GMACFS.COM | Jun 16 2026 23:39:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 4987132 | + | EDI: GMACFS.COM | Jun 16 2026 23:39:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 4987969 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 16 2026 19:41:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 4989233 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 16 2026 19:40:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 4987133 | + | EDI: CAPITALONE.COM | Jun 16 2026 23:39:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 5630275 | + | EDI: AIS.COM | Jun 16 2026 23:39:00 | Capital One Bank (USA), N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5000732 | + | EDI: AIS.COM | Jun 16 2026 23:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5006001 | | EDI: CITICORP | Jun 16 2026 23:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4987136 | + | EDI: WFNNB.COM | Jun 16 2026 23:39:00 | Comenity Bank, Po Box 182789, Columbus, OH |

District/off: 0538-6     User: mssbad     Page 2 of 4

Date Rcvd: Jun 16, 2026     Form ID: 3180W     Total Noticed: 44

| ID | Flag | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 43218-2789 |
| 4987137 | + | EDI: WFNNB.COM | Jun 16 2026 23:39:00 | Comenity Bank/Goodys, Po Box 182789, Columbus, OH 43218-2789 |
| 4987138 | + | EDI: WFNNB.COM | Jun 16 2026 23:39:00 | Comenity Bank/Stage, Po Box 182789, Columbus, OH 43218-2789 |
| 4987139 | + | Email/Text: bankruptcy@connexuscu.org | Jun 16 2026 19:41:00 | Connexus CU, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |
| 4987140 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 16 2026 19:40:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 5650332 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 16 2026 19:41:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 4987141 | + | Email/Text: bankruptcy@curo.com | Jun 16 2026 19:41:00 | First Heritage Credit, 207 Eagle Day Ave, Columbia, MS 39429-3609 |
| 4987517 | + | Email/Text: bankruptcy@curo.com | Jun 16 2026 19:41:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, First Heritage Credit, PO Box 1264, Columbia, MS 39429-1264 |
| 5007347 | + | Email/Text: bankruptcycourt@towerloan.com | Jun 16 2026 19:41:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5007346 | + | Email/Text: bankruptcycourt@towerloan.com | Jun 16 2026 19:41:00 | Gulfco of Louisiana, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4987142 | ^ | MEBN | Jun 16 2026 19:40:30 | Kubota Credit Corp, Po Box 2046, Grapevine, TX 76099-2046 |
| 4992317 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Jun 16 2026 19:40:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4989041 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2026 19:50:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4987143 | + | Email/Text: ijenkins@mageefinancial.com | Jun 16 2026 19:40:00 | Magee Financial LLC of Bogalusa, 414 Columbia Street, Bogalusa, LA 70427-4533 |
| 4987145 | + | EDI: CITICORP | Jun 16 2026 23:39:00 | NTB/CBSD, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 4987144 | + | EDI: CITICORP | Jun 16 2026 23:39:00 | National Tire & Batter, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4992665 | | EDI: Q3G.COM | Jun 16 2026 23:39:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 5005444 | | EDI: Q3G.COM | Jun 16 2026 23:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4996220 | + | EDI: CBS7AVE | Jun 16 2026 23:39:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4987150 | + | EDI: SYNC | Jun 16 2026 23:39:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 4987151 | + | Email/Text: EFBankruptcyNotices@huntington.com | Jun 16 2026 19:41:00 | TCF Equipment Finance, 11100 Wayzata Blvd, Ste 801, Minnetonka, MN 55305-5503 |
| 4987153 | | Email/Text: bankruptcycourt@towerloan.com | Jun 16 2026 19:41:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4987152 | + | Email/Text: EBNNotice@Telerecovery.com | Jun 16 2026 19:40:00 | Telerecovery, 3800 Florida Bv, Kenner, LA 70065-3034 |
| 5009920 | + | Email/Text: EFBankruptcyNotices@huntington.com | Jun 16 2026 19:41:00 | The Huntington National Bank, 11100 Wayzata Boulevard, Suite 801, Minnetonka, MN 55305-5503 |

TOTAL: 32

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
| Date Rcvd: Jun 16, 2026 | Form ID: 3180W | Total Noticed: 44 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Kubota Credit Corporation |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 4995209 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4987134 | ##+ | Certified Bureau Inc., 4621 W. Napoleon, Metairie, LA 70001-2482 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Hammons | on behalf of Creditor Citizens Savings Bank chammons@joneswalker.com mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com |
| Charles F. F. Barbour | on behalf of Creditor Kubota Credit Corporation cbarbour@blswlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Mecy Bennett Kelly jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Jeffery L Kelly jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Olivia Greenberg | on behalf of Creditor Citizens Savings Bank ogreenberg@joneswalker.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Mecy Bennett Kelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jeffery L Kelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6                    User: mssbad                    Page 4 of 4
Date Rcvd: Jun 16, 2026                 Form ID: 3180W                  Total Noticed: 44
TOTAL: 11

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery L Kelly** | Social Security number or ITIN | **xxx–xx–1631** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | **Mecy Bennett Kelly** | Social Security number or ITIN | **xxx–xx–5751** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21–50356–KMS**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Jeffery L Kelly**
aka Jeffery Loyd Kelly, aka Jeffery Kelly

**Mecy Bennett Kelly**

Dated: 6/16/26

**By the court:**      /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**