**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

| | |
|---|---|
| In re:<br>JEFFERY L KELLY<br>MECY BENNETT KELLY<br>Debtor(s) | Case No. 21-50356 KMS |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Rawlings, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/24/2021.

2) The plan was confirmed on 08/04/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/29/2024.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/03/2026.

6) Number of months from filing or conversion to last payment: 62.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $46,287.00.

10) Amount of unsecured claims discharged without full payment: $30,395.18.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $115,937.81 |
| Less amount refunded to debtor | $14,315.78 |

**NET RECEIPTS:** **$101,622.03**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,600.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,941.64 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$9,541.64**

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AES/PHEAA | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| ALLY CAPITAL | Unsecured | 14,658.00 | 14,658.79 | 14,658.79 | 5,130.58 | 0.00 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | 1,496.00 | 1,247.56 | 1,247.56 | 436.65 | 0.00 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | 701.00 | 198.08 | 118.31 | 118.31 | 0.00 |
| Certified Bureau the Sout | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Certified Bureau the Sout | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| Certified Bureau the Sout | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK, N.A. | Unsecured | NA | 665.14 | 665.14 | 232.80 | 0.00 |
| CITIZENS SAVINGS BANK | Secured | NA | 0.00 | 1,164.63 | 1,164.63 | 0.00 |
| CITIZENS SAVINGS BANK | Secured | NA | 950.00 | 950.00 | 950.00 | 0.00 |
| COMENITY BANK | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP. | Secured | 6,747.00 | 6,193.74 | 6,193.74 | 6,193.74 | 671.35 |
| ECMC | Unsecured | NA | 71,730.76 | 71,730.76 | 25,105.77 | 0.00 |
| FIRST HERITAGE CREDIT | Secured | 1,974.00 | 1,947.40 | 1,947.40 | 0.00 | 0.00 |
| FIRST TOWER LOAN, LLC | Unsecured | 1,187.00 | 1,583.73 | 1,583.73 | 554.31 | 0.00 |
| FIRST TOWER LOAN, LLC | Unsecured | 757.00 | 792.31 | 792.31 | 277.31 | 0.00 |
| FIRST TOWER LOAN, LLC | Unsecured | 395.00 | 333.30 | 333.30 | 116.66 | 0.00 |
| GULFCO OF LOUISIANA, LLC | Unsecured | 1,161.00 | 1,277.71 | 1,277.71 | 447.20 | 0.00 |
| KUBOTA CREDIT CORP | Secured | 25,123.00 | 23,521.87 | 23,521.87 | 23,521.87 | 2,549.49 |
| KUBOTA CREDIT CORP | Unsecured | 4,473.51 | 4,473.51 | 4,473.51 | 1,565.73 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,174.11 | 1,174.11 | 410.94 | 0.00 |
| MAGEE FINANCIAL LLC OF BOGALU | Unsecured | 2,183.00 | 2,442.00 | 2,442.00 | 854.70 | 0.00 |
| NATIONAL TIRE & BT | Unsecured | 712.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL TIRE & BT | Unsecured | 712.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 304.88 | 304.88 | 106.71 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 179.00 | 199.81 | 199.81 | 69.93 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Secured | NA | 20,800.19 | 9,945.00 | 9,945.00 | 1,074.52 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | NA | 0.00 | 10,855.19 | 3,799.32 | 0.00 |
| SEVENTH AVENUE | Unsecured | NA | 770.74 | 770.74 | 269.76 | 0.00 |
| ST TAMMANY PARISH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST TAMMANY PARISH | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| ST TAMMANY PARISH | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| ST TAMMANY PARISH | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| ST TAMMANY PARISH | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| ST TAMMANY PARISH | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| ST TAMMANY PARISH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ST TAMMANY PARISH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ST TAMMANY PARISH | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| ST TAMMANY PARISH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST TAMMANY PARISH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Lowes | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| TELERECOVERY | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| THE HUNTINGTON NATIONAL BANK | Secured | 6,500.00 | 5,876.23 | 5,876.23 | 5,876.23 | 636.88 |
| TRANSFINANCIAL CO | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $1,164.63 | $1,164.63 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,193.74 | $6,193.74 | $671.35 |
| All Other Secured | $42,240.50 | $40,293.10 | $4,260.89 |
| **TOTAL SECURED:** | **$49,598.87** | **$47,651.47** | **$4,932.24** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$112,627.85** | **$39,496.68** | **$0.00** |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $9,541.64 | |
| Disbursements to Creditors | $92,080.39 | |
| **TOTAL DISBURSEMENTS :** | | **$101,622.03** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/01/2026 By: /s/ David Rawlings
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.